IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES AVIATION UNDERWRITERS, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | 4:04CV3222 |
| v. | ) ) | |
| AEROSPATIALE, SOCIETE NATIONALE INDUSTRIELLE, S.A., et al., | ) ) ) ) | ORDER |
| Defendants. | ) | |

    A telephone conference is set with the undersigned magistrate judge on May 10, 2005 at 3:00 p.m., Central Daylight Time, for the purpose of discussing counsel's suggested schedule for progression of the case. Plaintiff's counsel shall place the call to chambers, 402-437-5235.

    Dated May 6, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge