```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES AVIATION UNDERWRITERS, and EMPLOYERS INSURANCE OF WAUSAU, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:04CV3222 |
| v. | ) ) | |
| AEROSPATIALE, SOCIETE NATIONALE INDUSTRIELLE, EUROCOPTER, AMERICAN EUROCOPTER, and DOES 1-500, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

On the court's own motion,

IT IS ORDERED:

The telephonic planning conference previously scheduled to begin at 9:00 a.m. on August 3, 2005 is re-scheduled to begin at **11:00 a.m. (C.S.T.) on August 3, 2005.** Plaintiff's counsel shall place the call.

DATED this 29th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge