```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES AVIATION          )
UNDERWRITERS and EMPLOYERS      )
INSURANCE OF WAUSAU,            )
                                )
            Plaintiffs,          )           4:04CV3222
                                )
      v.                        )
                                )
AEROSPATIALE, SOCIETE           )           ORDER
NATIONALE INDUSTRIELLE,         )
EUROCOPTER, AMERICAN            )
EUROCOPTER, and DOES 1-500,     )
                                )
            Defendants.         )
                                )
```

As a result of a telephone conference with counsel this date,

IT IS ORDERED:

1. Jury trial of this matter continued from June 5, 2006 to 9:00 a.m., January 16, 2007, for a duration of ten trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week. Jury selection will be held at commencement of trial.

2. The pretrial conference will be held December 7, 2006, at 10:00 a.m. before the undersigned magistrate judge.

3. The deposition deadline is continued to November 17, 2006 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

5. Report on Mediation: Not later than March 31, 2006, counsel shall report by letter or telephone call to the office of the undersigned: (a) the name of the mediator or other neutral facilitator they have hired for their mediation in this case; (b) the date the mediation is scheduled; and (c) the parties' agreement on whether the progression of the case otherwise

ordered herein should be stayed pending the outcome of the mediation.  The court will then enter an appropriate mediation reference order.  In the event any party objects to the entry of a mediation reference order, such party shall, also no later than March 31, 2006, notify the undersigned by letter of the objection and the grounds therefor.  In the event a mediation reference order is entered notwithstanding the party's informal objection, a formal objection may be filed not later then seven days following the filing of the mediation reference order and shall comply with paragraph 3(f) of the court's Mediation Plan (as amended January 30, 2004).  Failure to file the objection shall be deemed a waiver of the objection.

DATED this 23rd day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge