# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES AVIATION UNDERWRITERS, INC., Manager, United States Aircraft Insurance Group, a New York corporation, EMPLOYERS INSURANCE OF WAUSAU, a Wisconsin corporation, | ) ) ) ) ) ) | CASE NO. 4:04 CV 3222 |
| Plaintiffs, | ) ) | **ORDER TO CONTINUE MEDIATION REPORTING DATE** |
| v. | ) ) | |
| AEROSPATIALE, SOCIETE NATIONALE INDUSTRIELLE, S.A.; aka Societe Nationale Industrielle Aerospatiale, a French entity; EUROCOPTER, S.A., a French entity; AMERICAN EUROCOPTER CORPORATION, a Delaware corporation; and Does 1-500, Inclusive, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Having considered the stipulation of counsel for all parties on the above-entitled petition and good cause appearing:

**IT IS HEREBY ORDERED** that the stipulation, filing 31, is approved and the mediation report date is continued from March 31, 2006 to October 31, 2006.

**IT IS SO ORDERED.**

Dated this 31st day of March, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester

United States Magistrate Judge