IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES AVIATION UNDERWRITERS, INC., Manager, United States Aircraft Insurance Group, a New York corporation, EMPLOYERS INSURANCE OF WAUSAU, a Wisconsin corporation, | )<br>)<br>)<br>)<br>)<br>) | CASE NO. 4:04 CV 3222 |
| Plaintiffs, | )<br>) | **ORDER ON MOTION TO STRIKE UNEXECUTED DOCUMENTS** |
| v. | )<br>) | |
| AEROSPATIALE, SOCIETE NATIONALE INDUSTRIELLE, S.A.; aka Societe Nationale Industrielle Aerospatiale, a French entity; EUROCOPTER, S.A., a French entity; AMERICAN EUROCOPTER CORPORATION, a Delaware corporation; and Does 1-500, Inclusive, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

This matter coming before the Court on the Motion to Strike Unexecuted Documents finds as follows:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

The motion to strike, filing 38, is granted, and

1. That the unexecuted Stipulation for Dismissal Without Prejudice on behalf of Plaintiff, Employers Insurance of Wausau and Defendants, Aerospatiale, Societe Nationale Industrielle, S.A., a/k/a Societe Nationale Industrielle Aerospatiale, Eurocopter, S.A. and American Eurocopter Corporation, filing 36, be stricken and replaced with a fully executed Stipulation for Dismissal Without Prejudice.

2. That the unexecuted Stipulation for Dismissal With Prejudice on behalf of Plaintiff, United States Aviation Underwriters, Inc., and Defendants, Aerospatiale, Societe Nationale Industrielle, S.A., a/k/a Societe Nationale Industrielle Aerospatiale, Eurocopter, S.A. and American Eurocopter Corporation, filing 37, be stricken and replaced with a fully executed Stipulation for Dismissal With Prejudice.

DATED: December 13, 2006.

               BY THE COURT

               s/ *David L. Piester*
               David L. Piester
               United States Magistrate Judge

PREPARED AND SUBMITTED BY:

MICHAEL G. MULLIN, #16329
McGrath, North, Mullin & Kratz, PC LLO
Suite 3700, First National Tower
1601 Dodge Street
Omaha, Nebraska 68102
Phone - (402) 341-3070
Fax - (402) 341-0216
Attorney for Defendants